1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEL ENTERTAINMENT, INC., ET AL.,<br>   (1) DEL ENTERTAINMENT, INC.,<br>   (2) JOSE ANGEL DEL VILLAR,<br>   (3) LUCA SCALISI,<br><br>Defendants. | Case No.:   2:22-cr-267-MEMF-1<br>               2:22-cr-267-MEMF-2<br>               2:22-cr-267-MEMF-3<br><br>**ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [77]**<br><br>**TRIAL DATE:  October 24, 2023**<br><br>**FINAL PRETRIAL CONFERENCE DATE: October 13, 2023** |

   The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by Plaintiff United States of America and by Defendants Del Entertainment, Inc., Jose Angel Del Villar, and Luca Scalisi, in this matter on August 9, 2022.  ECF No. 77. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter for Defendants Del Villar and Scalisi is continued from August 16, 2022 to October 24, 2023 at 8:30 a.m., and the trial in this matter for defendant Del Entertainment, Inc. is continued from September 13, 2022 to October 24, 2023 at 8:30 a.m. All three Defendants shall be joined for trial. Status conferences are set for March 9, 2023 at 2:00 p.m. and August 17, 2023 at 2:00 p.m. The Final Pretrial Conference is set for October 13, 2023, at 10:00 a.m. The Court understands the trial date to be a firm date, and will expect the parties to exercise due diligence in preparing this case for trial. The Court will expect the parties to raise any matters that might cause a delay promptly with the Court and to be prepared at the March and August status conferences to advise the Court of any matters that might cause a delay of the trial date.

2. The time period of August 16, 2022 to October 24, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. All three Defendants shall appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 24, 2023, at 8:30 a.m., for trial, on March 9, 2023 at 2:00 p.m. and August 17, 2023 at 2:00 p.m., for status conferences, and on October 13, 2023, at 10:00 a.m. for the Final Pretrial Conference.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy

Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

Dated: August 11, 2022



MAAME EWUSI-MENSAH FRIMPONG

United States District Judge