EDDIE A. JAUREGUI (SBN 297986)
RICHARD ROPER (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
400 S. Hope Street
Los Angeles, CA 90071
Email: eddie.jauregui@hklaw.com
          richard.roper@hklaw.com
Telephone: (682) 267-1351
Facsimile: (817) 887-2288

Attorneys for Defendant Angel Del Villar

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-00267-MEMF-2 |
| Plaintiff, | **STATEMENT OF COUNSEL RE DEFENDANT ANGEL DEL VILLAR'S PASSPORT** |
| vs. | |
| ANGEL DEL VILLAR, | |
| Defendant. | |

Pursuant to the Court's Order of August 5, 2022, undersigned counsel for defendant Angel Del Villar respectfully informs the Court that on this date, August 11, 2022, counsel obtained Mr. Del Villar's passport from U.S. Probation & Pretrial Services (USPO) for the purposes set forth in counsel's unopposed request (Dkt. 71), and returned said passport to USPO the same day.

Respectfully submitted,

Date: August 11, 2022                By:   */s/ Eddie A. Jauregui*
                                           Eddie A. Jauregui
                                           HOLLAND & KNIGHT
                                           Attorneys for Defendant Angel Del Villar

STATEMENT OF COUNSEL RE DEFENDANT ANGEL DEL VILLAR'S PASSPORT