KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
SHAWN HOLLEY (SBN 136811)
  sholley@khiks.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Del Entertainment, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEL ENTERTAINMENT, INC., *et al.*<br><br>Defendants. | Case No. 22-cr-00267-MEMF<br><br>The Hon. Maame Ewusi-Mensah Frimpong<br><br>**DEL ENTERTAINMENT, INC.'S JOINDER IN ANGEL DEL VILLAR'S MOTION TO DISMISS INDICTMENT UNDER FED. R. CRIM. P. 7(C) (ECF 169)**<br><br>Date:         September 12, 2024<br>Time:         2:00 p.m.<br>Courtroom:   8B |

11401-00033/869000.1

COMES NOW Defendant Del Entertainment Inc., through counsel, hereby joins in Angel Del Villar's Motion to Dismiss Indictment Under Fed. R. Crim. P. 7(C) (ECF 169). This joinder is based on the points and authorities cited therein.

DATED: June 24, 2024　　　　KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP

By: _____
Shawn Holley
Attorneys for Del Entertainment, Inc.

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

11401-00033/869000.1

2

DEL ENTERTAINMENT, INC.'S JOINDER IN
ANGEL DEL VILLAR'S MOTION TO DISMISS INDICTMENT UNDER FED. R. CRIM. P. 7(C) (ECF 169)