Name and address:
Richard Steingard (SBN 106374)
Law Offices of Richard M. Steingard
724 South Spring Street, 9th Floor
Los Angeles, CA 90014

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States<br><br>v.<br>Plaintiff(s)<br><br>Del Entertainment, Inc., et al.<br><br>Defendant(s). | CASE NUMBER<br>2:22-CR-267-MEMF<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kelehear, Zachary J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(404) 460-4500    (404) 460-4501
*Telephone Number*    *Fax Number*

zack@findlinglawfirm.com
*E-Mail Address*

of    The Findling Law Firm, P.C.
3575 Piedmont Road, NE
Tower 15, Suite 1010
Atlanta, GA 30305
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Jose Angel Del Villar

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel

Steingard, Richard M.
*Designee's Name (Last Name, First Name & Middle Initial)*

106374    (213) 260-9449    (213) 260-9450
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

richard@steingardlaw.com
*E-Mail Address*

of    Law Offices of Richard M. Steingard
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated August 16, 2024    _____
    U.S. District Judge

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1