MARISSA H. GOLDBERG (GABN 672798)
DREW FINDLING (GABN 260425)
ZACHARY KELEHEAR (GABN 925716)
The Findling Law Firm
3575 Piedmont Road, Tower 15, Suite 1010
Atlanta, GA 30305
(404) 460-4500
drew@findlinglawfirm.com
marissa@findlinglawfirm.com
*Counsel for Defendant Jose Angel Del Villar*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEL ENTERTAINMENT, INC., JOSE ANGEL DEL VILLAR, LUCA SCALISI, and JESUS PEREZ ALVEAR

Defendants.

CASE NO. 2:22-CR-00267-MEMF

JOINT WITNESS AND EXHIBIT LIST

**Hearing**
Date: September 23, 2024
Time: 11:00 AM
Courtroom: Ceremonial Courtroom
Judge: Hon. Maame Ewusi-Mensah Frimpong

JOINT EXHIBIT AND WITNESS LIST

| **Ex. #** | **Description** |
|---|---|
| 1 | Declaration of Lauren Radke |
| 2 | Audio Recording |
| 3 | Audio Recording 2 |
| 4 | Search warrant 2:20-mj-02171 |
| 5 | Declaration of Benedetto Balding |
| 6 | 19cr000314 sealed indictment |

| | |
|---|---|
| 7 | Jan 7 2022 letter to Benedetto Balding |
| 8 | CR 19-314-DMG dismissal order |
| 9 | April 20, 2023 press release |
| 10 | Declaration of Richard Roper |
| 11 | Email re: 8300 compliance 3/12/18 |
| 12 | Email requesting business cards for Del employees |
| 13 | Email with draft answer – Kimble county seizure |
| 14 | Email with forfeiture complaint – kimble county seizure |
| 15 | Engagement email re: IRS investigation of Del |
| 16 | Email with SPI engagement letter |
| 17 | Email re: list of attorneys |
| 18 | Email re: litigation hold |
| 19 | Email with draft letter to Bryant Yang |
| 20 | Email with final letter send to Bryant Yang |
| 21 | Email re: civil cases? |
| 22 | Email from Gutierrez to Roper re: notary book |
| 23 | Emails regarding return of property, notary book |
| 24 | Email arranging for pickup of notary book |
| 25 | Email instructing Gutierrez regarding picking up notary book |
| 26 | Email re: 8300 book |
| 27 | Email re: engagement letter for Gibson Dunn with attachments |
| 28 | Email replies re: engagement letter for Gibson Dunn |
| 29 | Email from Gutierrez re: engagement letter for Gibson Dunn |
| 30 | Email from Gutierrez to Rami re: email privileges 8/27/21 |
| 31 | Email re: preparation of government presentation 8/29/21 |
| 32 | Email re: gathering materials for counsel 8/30/21 |
| 33 | Email re: flight information 8/30/21 |

| | |
|---|---|
| 34 | Email re: government presentation 9/7/21 |
| 35 | Email re: payroll 9/7/21 |
| 36 | Email re: adam smith 9/16/21 |
| 37 | Email re: Gutierrez PI application 9/22/21 |
| 38 | Email re: meeting 10/6/21 |
| 39 | Email re: legal questions 11/16/21 |
| 40 | Email re: scheduling government meeting 11/18/21 |
| 41 | Email re: scheduling government meeting 11/21/21 |
| 42 | Email re: scheduling government meeting 11/22/21 |
| 43 | Email re: meeting with AUSA 12/1/21 |
| 44 | Email re: in person meeting 12/20/21 |
| 45 | Email re: draft letter 2/17/22 |
| 46 | Email re: draft letter 2/23/22 |
| 47 | Email re: meeting with pwc 4/28/22 |
| 48 | Email re: arrest warrants 6/8/22 |
| 49 | Email re: answer to AUSA 6/11/22 |
| 50 | Email re: legal question 6/16/22 |
| 51 | Email re: redlines of draft letter 6/17/22 |
| 52 | Email scheduling strategy call 6/23/22 |
| 53 | Email re: Gutierrez 6/23/22 |
| 54 | Email re: retaining counsel for Gutierrez 6/30/22 |
| 55 | Email re: retaining counsel for Gutierrez 7/6/22 |
| 56 | Email re: retaining counsel for Gutierrez 7/18/22 |
| 57 | Email re: Gutierrez deleting email account 8/11/22 |
| 58 | CHS Report 4/10/18 |
| 59 | CHS Report 4/13/18 |
| 60 | CHS Report 5/21/18 |

| | |
|---|---|
| 61 | CHS Report 5/22/18 |
| 62 | CHS Report 10/2/18 |
| 63 | CHS Report 10/3/18 |
| 64 | CHS Report 1/14/19 |
| 65 | CHS Report 1/17/19 |
| 66 | CHS Report 3/26/19 |
| 67 | CHS Report 5/9/19 |
| 68 | CHS Report 5/13/19 |
| 69 | CHS Report 2/4/21 |
| 70 | CHS Report 3/9/21 |
| 71 | Email re: legal process rules |

Witnesses

| | |
|---|---|
| 1 | Brian Gutierrez |
| 2 | Richard Roper |
| 3 | Yazmin Del Villar |
| 4 | FBI SA Lauren Radke |