LAW OFFICES OF EVAN A. JENNESS
EVAN A. JENNESS (SBN 136822)
777 South Figueroa Street, Ste. 3800
Los Angeles, California 90017
Tel.: (213) 630-5088
Fax: (213) 683-1225
Email: evan@jennesslaw.com

Attorney for Defendant
Luca Scalisi

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DEL ENTERTAINMENT, INC., *et al.* <br> Defendants. | Case No. 22-cr-00267-MEMF <br><br> STIPULATION RE: OFAC FILE BRIEFING <br><br> [(PROPOSED) ORDER SUBMITTED HEREWITH] |

On September 25, 2024, the Court granted Luca Scalisi's Motion for Production of an OFAC File. ECF 264 (Order).[1] The government was ordered to meet and confer with defense counsel regarding whether any change to the existing protective order is required, and then produce the OFAC file. *Id.* at p. 24.

During proceedings before the Court on October 10, 2024, the government informed the Court that OFAC sought to be heard on the Court's ruling. The Court ruled that it would consider any briefing OFAC sought to submit.

---

[1] The Motion (ECF 159) was joined by Angel Del Villar and Del Entertainment, Inc. (ECF 253, 257, 260) and opposed by the government (notice of lodging at ECF 194). *See also* Scalisi's Reply brief at ECF 235.

The Court directed the parties to meet and confer and file a joint statement with a briefing schedule for OFAC's planned submissions, including a deadline for the OFAC's initial filing (to be filed by the government on OFAC's behalf), a deadline for Defendants' oppositions, a deadline for OFAC's reply (also to be filed by the government), and a proposed hearing date. *See* ECF 283 (Minute Order).

Considering the preceding, the parties request the Court order the following dates:

OFAC's initial filing: October 29, 2024;

Defense's response(s): November 5, 2024; and

OFAC's reply: November 8, 2024; and

Hearing: November 15, 2024 (9:00 a.m.).

A [Proposed] Order is submitted herewith.

Dated: October 17, 2024                    Respectfully submitted,

LAW OFFICES OF EVAN A. JENNESS

By: /s/ *Evan A. Jenness*
         EVAN A. JENNESS

Attorneys for Luca Scalisi

LAW OFFICES OF HUMBERTO DIAZ

By: /s/ *Humberto Diaz*
         HUMBERTO DIAZ

Attorneys for Luca Scalisi

FINDLING LAW FIRM

By: /s/ *Drew Findling (authorized)*
         DREW FINDLING

Attorneys for Angel Del Villar

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP

By:   /s/ *Shawn Holley (authorized)*
      SHAWN HOLLEY

Attorneys for Del Entertainment, Inc.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney

By:   /s/ *Benedetto Balding (authorized)*
      BENEDETTO BALDING

Attorneys for Plaintiff
UNITED STATES OF AMERICA