JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
BENEDETTO L. BALDING (Cal. Bar No. 244508)
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorneys
Corporate and Securities Fraud Strike Force
    1400/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2274/1259
    Facsimile: (213) 894-0141
    E-mail:    benedetto.balding@usdoj.gov
               alexander.schwab@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-267-MEMF-1, 2 |
|---|---|
| Plaintiff, | STIPULATION REGARDING JESUS PEREZ ALVEAR |
| v. | Trial Date: March 17, 2025 |
| DEL ENTERTAINMENT, INC., et al., | Trial Time: 8:30 a.m. |
| (1) DEL ENTERTAINMENT, INC., | Location: Courtroom of the Hon. |
| (2) JOSE ANGEL DEL VILLAR, | Maame Ewusi-Mensah Frimpong |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Benedetto L. Balding and Alexander B. Schwab; defendant Del Entertainment, Inc., by and through its counsel of record Shawn Holley and Kate Mangels; and defendant Jose Angel Del Villar, both individually and by and through his counsel of record Drew Findling, Marissa Goldberg, and Zack Kelehear hereby agree and stipulate as follows:

1  The parties stipulate and agree that Jesus Perez Alvear, also
2  known as "Chucho," is deceased.  Mr. Perez Alvear was alive
3  during the time period contained within the Indictment.
4  //
5  //

```
 1        This Stipulation is admissible into evidence for all purposes.
 2
 3        IT IS SO STIPULATED.
 4   Dated: March 21, 2025           Respectfully submitted,
 5                                   JOSEPH T. MCNALLY
                                     Acting United States Attorney
 6
                                     LINDSEY GREER DOTSON
 7                                   Assistant United States Attorney
                                     Chief, Criminal Division
 8
 9                                   _____
                                     BENEDETTO L. BALDING
10                                   ALEXANDER B. SCHWAB
                                     Assistant United States Attorneys
11
                                     Attorneys for Plaintiff
12                                   UNITED STATES OF AMERICA
13
14                                   _____
                                     SHAWN HOLLEY
15                                   KATE MANGELS
                                     Counsel for Defendant
16                                   DEL ENTERTAINMENT, INC.
17
18                                   _____
                                     JOSE ANGEL DEL VILLAR
19
20
21                                   _____
                                     DREW FINDLING
22                                   MARISSA GOLDBERG
                                     ZACK KELEHEAR
23                                   Counsel for Defendant
                                     JOSE ANGEL DEL VILLAR
24
25
26
27
28
```