# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | LA CR22-00267-MEMF | Date: March 20, 2025 |
| Present: The Honorable | Maame Ewusi-Mensah Frimpong | |
| Interpreter | N/A | |

| Maria Lindaya | CourtSmart | Benedetto L. Balding / Alexander Baier Schwab |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

**U.S.A. v. Defendant(s):**  Present / Cust. / Bond
1) Del Entertainment, Inc.  [X] [ ] [ ]
2) Jose Angel Del Villar (BOND)  [X] [ ] [X]

**Attorneys for Defendants:**  Present / App. / Ret.
1) Shawn Holley  [X] [ ] [X]
1) Kate Mangels  [X] [ ] [X]
2) Drew Findling  [X] [ ] [X]
2) Marissa Goldberg  [X] [ ] [X]
2) Zachary James Kelehear  [X] [ ] [X]

_____ Day COURT TRIAL     __4__ Day JURY TRIAL     _____ Death Penalty Phase

_____ One day trial;     _____ Begun (1st day);     [X] Held & continued;     _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

[X] Witnesses called, sworn and testified.

[X] Exhibits identified     [X] Exhibits admitted

_____ Government rests.     _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused     _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:

| Dft # | _____ found guilty on counts | _____ found not guilty on counts |
| Dft # | _____ found guilty on counts | _____ found not guilty on counts |
| Dft # | _____ found guilty on counts | _____ found not guilty on counts |
| Dft # | _____ found guilty on counts | _____ found not guilty on counts |
| Dft # | _____ found guilty on counts | _____ found not guilty on counts |

_____ Jury polled     _____ Polling waived

_____ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.     _____ Remand/Release# _____ issd.     _____ Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

[X] Case continued to March 21, 2025, at 8:15 a.m. for further trial/further jury deliberation.

_____ Other: _____

                                                                    4 : 48
                                                            Initials of Deputy Clerk  mal

_____ USM     _____ USPPO

CR-78 (04/23)                    CRIMINAL MINUTES - TRIAL                    Page 1 of 1