Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
Daniel R. Lahana (SBN 305664)
*dlahana@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant JOSE ANGEL DEL VILLAR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEL ENTERTAINMNT, INC.<br>[2] JOSE ANGEL DEL VILLAR,<br><br>Defendant. | Case No. 2:22-cr-00267-MEMF<br><br>**ADDITIONAL LETTERS IN SUPPORT OF DEFENDANT JOSE ANGEL DEL VILLAR'S POSITION RE SENTENCING**<br><br>Date:   8/15/2025<br>Time:   9:00 A.M.<br>Crtrm.: 8B<br><br>Judge:  Hon. Maame Ewusi-Mensah Frimpong |

1  Defendant Jose Angel del Villar, by and through his counsel of record, hereby
2  submit Additional Letters in Support of Defendant Jose Angel del Villar's Position
3  re Sentencing.

5  Dated: August 13, 2025          LARSON LLP

          By:   /s/ Hilary Potashner
                Stephen G. Larson
                Hilary Potashner
                Daniel R. Lahana
          Attorneys for Defendant
          JOSE ANGEL DEL VILLAR