John D. Cline (State Bar No. 237759)
cline@johndclinelaw.com
LAW OFFICE OF JOHN D. CLINE
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435

Attorney for Defendant
JOSE ANGEL DEL VILLAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00267-MEMF |
| Plaintiff, | |
| v. | **DEFENDANT JOSE ANGEL DEL VILLAR'S EX PARTE APPLICATION FOR LEAVE TO TRANSCRIBE SEALED PROCEEDINGS; DECLARATION IN SUPPORT** |
| DEL ENTERTAINMENT, INC. and JOSE ANGEL DEL VILLAR, | |
| Defendants. | |

- 1 –

**DEFENDANT DEL VILLAR'S EX PARTE APPLICATION FOR LEAVE TO TRANSCRIBE SEALED PROCEEDINGS**

# DEFENDANT'S EX PARTE APPLICATION

Defendant Jose Angel Del Villar, through undersigned counsel, submits this ex parte application under Local Rule 7-19 for leave to transcribe two sealed proceedings: the motions hearing on December 27, 2024, and the sentencing on August 15, 2025. As set forth in the Declaration of John D. Cline, the transcripts are necessary for counsel's work on the appeal in this case.

The government, through Assistant United States Attorney Alexander Schwab, has stated that it does not oppose this application.

Dated: October 2, 2025                Respectfully submitted,


                                      /s/
                                      John D. Cline

                                      Attorney for Defendant
                                      JOSE ANGEL DEL VILLAR

## DECLARATION OF JOHN D. CLINE

1. My name is John D. Cline. I am counsel for defendant Jose Angel Del Villar in this Court. I represent both Mr. Del Villar and his co-defendant, Del Entertainment, Inc., in their respective (and now consolidated) appeals to the Ninth Circuit.

2. In reviewing the record for the appeal, I have determined that I need transcripts for two sealed proceedings that have not previously been transcribed: the December 27, 2024 motions hearing and the August 15, 2025 sentencing. I understand that I must obtain leave of the Court to order these sealed transcripts.

3. The government, through Assistant United States Attorney Alexander Schwab, has informed me by email that it does not oppose this application.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3d day of October 2025.

/s/ John D. Cline
John D. Cline