John D. Cline (State Bar No. 237759)
cline@johndclinelaw.com
LAW OFFICE OF JOHN D. CLINE
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435

Christy O'Connor (State Bar No. 250350)
christy@christyoconnorlaw.com
THE LAW OFFICE OF CHRISTY O'CONNOR
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959

Attorneys for Defendant
JOSE ANGEL DEL VILLAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEL ENTERTAINMENT, INC. and JOSE ANGEL DEL VILLAR,<br><br>Defendants. | Case No. 2:22-cr-00267-MEMF<br><br>**DEFENDANT JOSE ANGEL DEL VILLAR'S EX PARTE APPLICATION TO CONDUCT HEARING IN CEREMONIAL COURTROOM, OR ALTERNATIVELY, TO APPEAR BY ZOOM**<br><br>. |

# DEFENDANT'S EX PARTE APPLICATION

Defendant Jose Angel Del Villar, through undersigned counsel, submits this *ex parte* application requesting that the November 19, 2025 hearing on his Motion for Bond Pending Appeal be conducted in the Ceremonial Courtroom in the First Street Courthouse, or in the alternative, that he be permitted to appear at the hearing by Zoom.

The government, through Assistant United States Attorney Alexander Schwab, has stated that it does not oppose the Court conducting the hearing in the Ceremonial Courtroom.

Respectfully submitted,

Dated: November 12, 2025        BY:   /s/ *Christy O'Connor*
                                            Christy O'Connor
                                            John D. Cline
                                            *Attorneys for Jose Angel Del Villar*

**DECLARATION OF CHRISTY O'CONNOR**

1. My name is Christy O'Connor. I am co-counsel with John D. Cline for defendant Jose Angel Del Villar in this Court.

2. On November 19, 2025, the Court will hold a hearing on Mr. Del Villar's Motion for Bond Pending Appeal. Dkt. Nos. 626 (Motion for Bond Pending Appeal), 627 (Scheduling Notice).

3. Mr. Del Villar has a disability, of which the Court is already aware, that makes his appearance in Courtroom 8B impracticable. Because of his disability, the Court has agreed on previous occasions to hold hearings, including the trial and sentencing in this case, in the Ceremonial Courtroom, located on the mezzanine level of the First Street Courthouse.

4. In light of Mr. Del Villar's disability, we respectfully request that the November 19 hearing be conducted in the Ceremonial Courtroom as well. In the alternative, we ask that Mr. Del Villar be allowed to appear at the hearing by Zoom.

5. The government, through Assistant United States Attorney Alexander Schwab, has informed me by email that it does not oppose the Court conducting the hearing in the Ceremonial Courtroom.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of November 2025.

/s/ Christy O'Connor
Christy O'Connor