UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEL ENTERTAINMENT, INC., and<br><br>JOSE ANGEL DEL VILLAR,<br><br>Defendants. | Case No. 2:22-cr-00267-MEMF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JOSE ANGEL DEL VILLAR'S EX PARTE APPLICATION TO CONDUCT HEARING IN CEREMONIAL COURTROOM, OR ALTERNATIVELY, TO APPEAR BY ZOOM** |

On November 12, 2025, defendant Jose Angel Del Villar submitted an *ex parte* application to conduct the November 19 hearing on his motion for bond pending appeal in the Ceremonial Courtroom of the First Street Courthouse. In the alternative, the application requests that Mr. Del Villar be permitted to appear at the hearing by Zoom. The government does not oppose the Court conducting the hearing in the Ceremonial Courtroom.

- 1 –

1  The Court, having considered Defendant Del Villar's application and finding good cause, hereby GRANTS the *ex parte* application and ORDERS that the November 19 hearing on Mr. Del Villar's motion for bond pending appeal be held in the Ceremonial Courtroom of the First Street Courthouse.

[OR]

The Court, having considered Defendant Del Villar's application and finding good cause, hereby GRANTS the *ex parte* application. Mr. Del Villar will be permitted to appear at the November 19 hearing on his motion for bond pending appeal by Zoom.

IT IS SO ORDERED.

DATED: November __, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge