John D. Cline (State Bar No. 237759)
cline@johndclinelaw.com
LAW OFFICE OF JOHN D. CLINE
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435

Christy O'Connor (State Bar No. 250350)
christy@christyoconnorlaw.com
THE LAW OFFICE OF CHRISTY O'CONNOR
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959

Attorneys for Defendant
JOSE ANGEL DEL VILLAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEL ENTERTAINMENT, INC. and <br><br> JOSE ANGEL DEL VILLAR, <br><br> Defendants. | Case No. 2:22-cr-00267-MEMF <br><br> **JOINT NOTICE TO COURT OF APPEAL STATUS** |

  The parties jointly submit this notice to the Court of the status of the appeal in this matter.

  On the unopposed motion of appellants Jose Angel Del Villar and Del Entertainment, Inc., the court of appeals consolidated their appeals. Following a 30-day streamlined extension and a further three-week extension, appellants filed their consolidated brief and excerpts of record on January 12, 2026.

The government's answering brief was initially due February 11, 2026. On February 4, the government filed an unopposed motion for a 90-day extension, through May 12, in which to file its brief. As of the filing of this notice, the court of appeals has not ruled on the government's motion.

Dated: February 17, 2026

Respectfully submitted,

LAW OFFICE OF JOHN D. CLINE

By: _____/s/ John D. Cline_____
    John D. Cline

BILAL A. ESSAYLI
FIRST ASSISTANT UNITED
STATES ATTORNEY

By: _____/s/ Benedetto L. Balding_____
    Benedetto L. Balding
    Assistant United States Attorney